**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 102 MM 2021

            Respondent             :

             v.             :

ALVIN MAURICE HAILEY,             :

             Petitioner             :

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

Justice Brobson did not participate in the consideration or decision of this matter.